1 | LISA C. THOMPSON
Nevada Bar No. 10249
2 | BANKRUPTCY LAW CENTER
1100 S. 10th Street
3 | Las Vegas, NV 89104
4 | (702) 895-7300
Attorney for Debtors

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

RICHARD LEGRANDE TRACY and
MODUPE REMI TRACY,

Debtors.

Case No. 07-12352-mkn
Chapter 13

**MOTION TO VOLUNTARILY DISMISS CHAPTER 13 BANKRUPTCY**

COME NOW, the Debtors, Richard Legrande Tracy and Modupe Remi Tracy, by and through counsel undersigned and hereby request that this court dismiss their chapter 13 bankruptcy case.

1. On April 26, 2007, the Debtors voluntarily filed a Petition for Chapter 13 bankruptcy relief.

2. The 341 Meeting of Creditors was conducted on June 19, 2007.

3. After the 341 Meeting of Creditors and after consultation with counsel, the Debtors directed their attorney in writing to cease pursuit of the case and to dismiss it on their behalf. Exhibit A.

For this reason, the Debtors request that this Court dismiss their Chapter 13 bankruptcy case.

RESPECTFULLY SUBMITTED this _____ day of July 2007.

By: /s/ Lisa C. Thompson - 016794
Lisa C. Thompson
Attorney for the Debtors

1

```
 1

 2                                          Approved as to Form and Content w/CHANGES
 3                                          By: _____
 4                                              Kathleen A. Leavitt
                                                Chapter 13 Trustee
 5
     An original/copy of the foregoing mailed/hand-
 6   delivered this __11th__ day of
     July 2007 to:                            ☒ The Chapter 13 Trustee is allowed
 7                                              $ 150.— as and for expenses in
                                                the administration of this case.
 8   Clerk of the Court                                                    KAL
     United States Bankruptcy Court
 9   300 Las Vegas Blvd., South
     Ls Vegas, NV 89101
10
     Kathleen Leavitt
11   Chapter 13 Trustee
     302 E. Carson, #300
12   Las Vegas, Nevada 89101
13   Chapter 13 Trustee
```

2

Kathleen A. Leavitt, Trustee

302 E. Carson Ave. Suite 300

Las Vegas, NV. 89101

Case #07-12352

To Whom It May Concern:

We, Richard Tracy and Modupe Tracy wish to withdraw our Chapter 13 Bankruptcy Petition due to the following:

1. Our attorney completed the means test incorrectly.
2. We were not advised that a child support affidavit was a requirement.

If you have any questions, you may call 702-951-7229.

Thank you,

Richard Tracy

Modupe Tracy

Cc: Lisa Thompson, Bankruptcy Law Center