

Entered on Docket
July 17, 2007



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**
_____

LISA C. THOMPSON
Nevada Bar No. 10249
BANKRUPTCY LAW CENTER
1100 S. 10th Street
Las Vegas, NV 89104
(702) 895-7300
Attorney for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 07-12352-mkn<br>Chapter 13 |
| RICHARD LEGRANDE TRACY and<br>MODUPE REMI TRACY,<br><br>Debtors. | **ORDER TO DISMISS CHAPTER 13 BANKRUPTCY** |

    THE COURT HAVING CONSIDERED the Debtors' Motion to Dismiss Chapter 13 Case with the agreement of Debtors' attorney and the Chapter 13 Trustee, and good cause appearing:

    IT IS HEREBY ORDERED that the Debtors' Motion be granted and the Chapter 13 case of Richard LeGrande Tracy and Modupe Remi Tracy be hereby dismissed.

    IT IS ALSO HEREBY ORDERED the Chapter 13 Trustee in this case will receive

$150.00 of the money paid into the plan thus far as administrative fees in this case.

By: _____
    Honorable Mike Nakagawa
    United States Bankruptcy Judge

Approved as to form and content:

/s/ Kathleen A. Leavitt
Chapter 13 Trustee

/s/ Lisa C. Thompson
Attorney for Debtors